IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RICHARD BOLLING, ) | |
| MICHELLE NELSON ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 22-00172-CV-W-HFS |
| US BANK HOME MORTGAGE, ) | |
| CITY OF LONE JACK, MISSOURI, ) | |
| WELLS FARGO HOME MORTGAGE, ) | |
| WELLS FARGO BANK, NA, as TRUSTEE ) | |
| FOR SECURITIZED TRUST GINNIE ) | |
| MAE GUARANTEED REMIC PASS- ) | |
| THROUGH 2010-068 TRUST, ) | |
| US BANCORP, N.A., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM TO THE PARTIES**

Plaintiffs commenced this action alleging, among other things, wrongful mortgage foreclosure, and have now filed a Pro Se Notice which appears to be a request for leave to file an amended complaint, and, if so, is improperly filed. (Doc. 22).

Plaintiffs are advised that requests for relief must be properly filed in accordance with this court's local rules as well as the Federal Rules of Civil procedure regarding motion practice. While some leniency is afforded to pro se litigants, the court is not authorized to litigate the matter on behalf of plaintiffs, or to peruse filings and make presumptions about plaintiffs' intent. Pro se litigants must familiarize themselves with the rules, and plaintiffs are hereby so advised.

The Clerk of the Court is directed to mail a copy of this order by regular mail, and certified mail, return receipt to plaintiffs:

Richard Bolling
1656 SW Manor Lake Drive
Lee's Summit, Mo. 64082

And,

Michelle Nelson
1403 SW 3rd Street, Apt. C1
Lee's Summit, Mo. 64081

/s/ Howard F. Sachs
**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

May 4, 2022

Kansas City, Missouri